[No. 14902–4–I.  Division One.  August 4, 1986.]

*In the Matter of the Marriage of* RANDALL W. MOA, *Appellant, and* TANA J. MOA, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82–3–00071–0, Marshall Forrest, J., entered July 5, 1984. *Affirmed* by unpublished opinion per

Scholfield, C.J., concurred in by Grosse and Webster, JJ.